UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BROADCAST MUSIC, INC.;           )
FANTASY, INC. d/b/a JONDORA      )
MUSIC; MICHAEL BALZARY, JOHN     )
ANTHONY FRUSCIANTE, ANTHONY      )
KIEDIS and CHAD GAYLORD SMITH,   )
a partnership d/b/a              )
MOEBETOBLAME MUSIC; UNIVERSAL-)
MILLHOUSE MUSIC, a Division of   )
MAGNA SOUND CORP.; SONY/ATV      )
SONGS LLC; KENNETH BRIAN         )
EDMONDS d/b/a ECAF MUSIC;        )
STEPHANIE NICKS, an individual   )
d/b/a WELSH WITCH MUSIC; DEVON   )
MUSIC, INC.; SCREEN GEMS-EMI     )
MUSIC INC.; CAN'T STOP MUSIC,    )           Case: 1:08-cv-00040
A Division of CAN'T STOP         )           Assigned To : Bates, John D.
PRODUCTIONS, INC.; EMI           )           Assign. Date : 1/8/2008
BLACKWOOD MUSIC, INC.;           )           Description: General Civil
COUNTING CROWS, LLC d/b/a        )
JONES FALLS MUSIC; RIVERS        )
CUOMO, an individual d/b/a       )
E.O. SMITH MUSIC,                )
                                 )
        Plaintiffs,              )
                                 )
    v.                           )           CIVIL ACTION NO.: _____
                                 )
HUNAM INN, INC. d/b/a            )
COBALT/30 DEGREES and            )
DONALD ERIC LITTLE,              )
Individually,                    )
                                 )
        Defendants.              )
                                 )

## COMPLAINT

Plaintiffs, by their attorneys, for their Complaint against Defendants, allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

## JURISDICTION AND VENUE

1. This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 et seq. (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

## THE PARTIES

3. Plaintiff, Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of New York. BMI's principal place of business is 320 West 57th Street, New York, New York 10019. BMI has been granted the right to license the public performance rights in approximately 6.5 million copyrighted musical compositions (the "BMI repertoire"), including those which are alleged herein to have been infringed.

4. The other Plaintiffs are the owners of the copyrights in the musical compositions which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5. Defendant Hunam Inn, Inc. is a corporation organized and existing under the laws of the District of Columbia, which operates, maintains and controls an establishment known as Cobalt/30 Degrees, located at 1639 R St NW, Washington, DC 20009, in this district (the "Establishment)".

6. In connection with the operation of this business, Defendant Hunam Inn, Inc. publicly performs musical compositions and/or causes musical compositions to be publicly performed.

7. Defendant Hunam Inn, Inc. has a direct financial interest in the Establishment.

8. Defendant Donald Eric Little is an officer of Defendant Hunam Inn, Inc. with

2

primary responsibility for the operation and management of that corporation and the Establishment.

9. Defendant Donald Eric Little has the right and ability to supervise the activities of Defendant Hunam Inn, Inc. and a direct financial interest in that corporation and the Establishment.

## CLAIMS OF COPYRIGHT INFRINGEMENT

10. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 9.

11. Plaintiffs allege eleven (11) claims of copyright infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

12. Annexed as the Schedule and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the eleven (11) claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information: Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 noting the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the Registration number(s); Line 7 showing the date(s) of infringement; and Line 8 identifying the location of the Establishment where the infringement occurred.

13. Each of the musical compositions identified on the Schedule, Line 2, were created by the persons named on Line 3 (all references to Lines are lines on the Schedule).

14. On or about the dates indicated on Line 5, the publishers named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the numbers listed on Line 6.

15. On the dates listed on Line 7, Plaintiff BMI was and still is the licensor of the public performance rights in the musical compositions identified on Line 2. On the dates listed on Line 7, the Plaintiffs listed on Line 4 were and still are the owners of the copyright in the respective musical composition listed on Line 2.

16. On the dates listed on Line 7, Defendants performed and/or caused the musical compositions identified on Line 2 to be publicly performed at the Establishment without a license or permission to do so. Thus, Defendants have committed copyright infringement.

17. The specific acts of copyright infringement alleged, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI repertoire at the Establishment, Defendants threaten to continue committing copyright infringement. Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

WHEREFORE, Plaintiffs pray that:

(I) Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(II) Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C. Section 504(c);

(III) Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant

to 17 U.S.C. Section 505; and

  (IV)  That Plaintiffs have such other and further relief as is just and equitable.

                BROADCAST MUSIC, INC., *et al.*

                By: _____

Mary C. Zinsner (D.C. Bar No. 430091)
TROUTMAN SANDERS LLP
1660 International Drive
Suite 600
McLean, Virginia 22102
Telephone: (703) 734-4363
Facsimile: (703) 734-4340

John C. Lynch
TROUTMAN SANDERS LLP
222 Central Park Avenue
Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504

*Counsel for Plaintiffs*

#352247v1

# Schedule

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Bad Moon Rising |
| Line 3 | Writer(s) | John C. Fogerty |
| Line 4 | Publisher Plaintiff(s) | Fantasy, Inc. d/b/a Jondora Music |
| Line 5 | Date(s) of Registration | 4/17/69   7/11/69 |
| Line 6 | Registration No(s). | Eu 110913   Ep 260524 |
| Line 7 | Date(s) of Infringement | 7/29/07 |
| Line 8 | Place of Infringement | Cobalt/30 Degrees |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Californication |
| Line 3 | Writer(s) | Anthony Kiedis; Michael Balzary p/k/a Flea; Chad Smith; John Frusciante |
| Line 4 | Publisher Plaintiff(s) | Michael Balzary, John Anthony Frusciante, Anthony Kiedis and Chad Gaylord Smith, a partnership d/b/a Moebetoblame Music |
| Line 5 | Date(s) of Registration | 3/29/99 |
| Line 6 | Registration No(s). | PAu 2-357-353 |
| Line 7 | Date(s) of Infringement | 7/29/07 |
| Line 8 | Place of Infringement | Cobalt/30 Degrees |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Don't Tell My Heart a/k/a Achy Breaky Heart |
| Line 3 | Writer(s) | Don Von Tress |
| Line 4 | Publisher Plaintiff(s) | Universal - Millhouse Music, a Division of Magna Sound Corp. |
| Line 5 | Date(s) of Registration | 7/29/91 |
| Line 6 | Registration No(s). | PA 534-864 |
| Line 7 | Date(s) of Infringement | 7/30/07 |
| Line 8 | Place of Infringement | Cobalt/30 Degrees |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | I'll Make Love To You |
| Line 3 | Writer(s) | Babyface a/k/a Kenneth B. Edmonds |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC; Kenneth Brian Edmonds d/b/a Ecaf Music |
| Line 5 | Date(s) of Registration | 12/21/94 |
| Line 6 | Registration No(s). | PA 737-778 |
| Line 7 | Date(s) of Infringement | 7/29/07 |
| Line 8 | Place of Infringement | Cobalt/30 Degrees |

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | Landslide |
| Line 3 | Writer(s) | Stevie Nicks |
| Line 4 | Publisher Plaintiff(s) | Stephanie Nicks, an individual d/b/a Welsh Witch Music |
| Line 5 | Date(s) of Registration | 6/30/75 |
| Line 6 | Registration No(s). | Eu 593046 |
| Line 7 | Date(s) of Infringement | 7/30/07 |
| Line 8 | Place of Infringement | Cobalt/30 Degrees |

| Line 1 | Claim No. | 6 | |
|---|---|---|---|
| Line 2 | Musical Composition | Proud Mary | |
| Line 3 | Writer(s) | John C. Fogerty | |
| Line 4 | Publisher Plaintiff(s) | Fantasy, Inc. d/b/a Jondora Music | |
| Line 5 | Date(s) of Registration | 12/27/68 | 7/11/69 |
| Line 6 | Registration No(s). | Eu 91333 | Ep 260526 |
| Line 7 | Date(s) of Infringement | 7/30/07 | |
| Line 8 | Place of Infringement | Cobalt/30 Degrees | |

| Line 1 | Claim No. | 7 |
|---|---|---|
| Line 2 | Musical Composition | Substitute |
| Line 3 | Writer(s) | Peter Townshend |
| Line 4 | Publisher Plaintiff(s) | Devon Music, Inc. |
| Line 5 | Date(s) of Registration | 4/8/66 |
| Line 6 | Registration No(s). | Efo 113205 |
| Line 7 | Date(s) of Infringement | 7/29/07 |
| Line 8 | Place of Infringement | Cobalt/30 Degrees |

| Line 1 | Claim No. | 8 | |
|---|---|---|---|
| Line 2 | Musical Composition | Who Put The Bomp In The Bomp Bomp Bomp a/k/a Who Put The Bomp (In The Bomp Ba Bomp Ba Bomp) | |
| Line 3 | Writer(s) | Barry Mann; Gerry Goffin | |
| Line 4 | Publisher Plaintiff(s) | Screen Gems-EMI Music Inc. | |
| Line 5 | Date(s) of Registration | 2/10/89<br>8/18/61 | 2/10/89<br>8/30/61 |
| Line 6 | Registration No(s). | RE 426-886<br>Eu 684102 | RE 426-941<br>Ep 165165 |
| Line 7 | Date(s) of Infringement | 7/29/07 | |
| Line 8 | Place of Infringement | Cobalt/30 Degrees | |

| | | |
|---|---|---|
| Line 1 | Claim No. | 9 |
| Line 2 | Musical Composition | Y M C A |
| Line 3 | Writer(s) | Jacques Morali; Henri Belolo; Victor Willis |
| Line 4 | Publisher Plaintiff(s) | Can't Stop Music, A Division of Can't Stop Productions, Inc. |
| Line 5 | Date(s) of Registration | 1/22/79 |
| Line 6 | Registration No(s). | PA 25-983 |
| Line 7 | Date(s) of Infringement | 7/30/07 |
| Line 8 | Place of Infringement | Cobalt/30 Degrees |

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | 10 | |
| Line 2 | Musical Composition | Long December | |
| Line 3 | Writer(s) | Adam F. Duritz | |
| Line 4 | Publisher Plaintiff(s) | EMI Blackwood Music, Inc.; Counting Crows, LLC d/b/a Jones Falls Music | |
| Line 5 | Date(s) of Registration | 11/25/96 | 11/24/97 |
| Line 6 | Registration No(s). | PA 818-682 | PA 880-969 |
| Line 7 | Date(s) of Infringement | 7/30/07 | |
| Line 8 | Place of Infringement | Cobalt/30 Degrees | |

| | | |
|---|---|---|
| Line 1 | Claim No. | 11 |
| Line 2 | Musical Composition | Island In The Sun |
| Line 3 | Writer(s) | Rivers Cuomo |
| Line 4 | Publisher Plaintiff(s) | Rivers Cuomo, an individual d/b/a E. O Smith Music |
| Line 5 | Date(s) of Registration | 5/21/01 |
| Line 6 | Registration No(s). | PA 1-046-403 |
| Line 7 | Date(s) of Infringement | 7/30/07 |
| Line 8 | Place of Infringement | Cobalt/30 Degrees |

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
BROADCAST MUSIC, INC., et al.

## DEFENDANTS
HUNAM INN, INC., d/b/a COBALT/30 DEGREES and DONALD ERIC LITTLE

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    NEW YORK
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT   DC
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
MARY C. ZINSNER and JOHN C. LYNCH
TROUTMAN SANDERS LLP
1660 INTERNATIONAL DRIVE, SUITE 600
MCLEAN, VIRGINIA 22102
TELEPHONE: (703) 734-4363
FACSIMILE: (703) 734-4340

ATTORNEYS (IF KNOWN)

Case: 1:08-cv-00040
Assigned To : Bates, John D.
Assign. Date : 1/8/2008
Description: General Civil

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
⊙ 3 Federal Question (U.S. Government Not a Party)
○ 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

○ **A. Antitrust**
☐ 410 Antitrust

○ **B. Personal Injury/Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C. Administrative Agency Review**
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

⊠ **E. General Civil (Other)**      OR      ○ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
⊠ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
● 1 Original Proceeding
○ 2 Removed from State Court
○ 3 Remanded from Appellate Court
○ 4 Reinstated or Reopened
○ 5 Transferred from another district (specify)
○ 6 Multi district Litigation
○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
COPYRIGHT INFRINGEMENT, 17 U.S.C. § 101 et. seq.

**VII. REQUESTED IN COMPLAINT**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ _____   Check YES only if demanded in complaint
JURY DEMAND: YES ☐ NO ☐

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☐   If yes, please complete related case form.

DATE  Jan. 8, 2008   SIGNATURE OF ATTORNEY OF RECORD  _[signature]_

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.