CO-386-online
10/03

# United States District Court
# For the District of Columbia

BROADCAST MUSIC, INC., et al. )
)
)
)                               Plaintiff )      Civil Action No. 1:08-cv-00040 (JDB)
vs )
HUNAM INN, INC., d/b/a COBALT/30 )
DEGREES and DONALD ERIC LITTLE )
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __BROADCAST MUSIC, INC.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __(PLEASE SEE ATTACHED)__ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

430091
BAR IDENTIFICATION NO.

MARY C. ZINSNER, TROUTMAN SANDERS LLP
Print Name

1660 INTERNATIONAL DRIVE, SUITE 600
Address

MCLEAN, VIRGINIA   22102
City            State          Zip Code

(703) 734-4363
Phone Number

Schedule 7.1

| | |
|---|---|
| EMI Blackwood Music, Inc. | EMI Group PLC |
| Screen Gems-EMI Music Inc. | EMI Group PLC. |
| Sony/ATV Songs LLC | Sony Music Entertainment, Inc. |