AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

BROADCAST MUSIC, INC., et al.

       Plaintiff(s)  )  **APPEARANCE**

vs.  )  CASE NUMBER   1:08cv00040(JDB)

HUNAM INN, INC., d/b/a COBALT/30
DEGREES and DONALD ERIC LITTLE
       Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of   William E. Bradley   as counsel in this
                       (Attorney's Name)

case for:   Hunam Inn, Inc., d/b/a Cobalt/30 Degrees and Donald Eric Little
                       (Name of party or parties)

02/12/08
Date

*/s/ W. E. Bradley*
Signature

William E. Bradley
Print Name

463695
BAR IDENTIFICATION

1100 17th Street NW Suite 401
Address

Washington DC     20036-4650
City     State     Zip Code

202-331-3838
Phone Number