IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROADCAST MUSIC, INC., et al. ) | |
| ) | |
| (Plaintiff) ) | |
| v. ) | CA No. 1:08CV00040 (JDB) |
| ) | |
| HUNAM INN, INC., d/b/a ) | |
| COBALT/30DEGREES ) | |
| and DONALD ERIC LITTLE ) | |
| Individually, ) | |
| ) | |
| (Defendant) ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE PLEAD**

Defendants Hunam Inn, Inc., d/b/a Cobalt/30 Degrees and Donald Eric Little, hereby move this Court, for an Order granting Defendants fourteen days, or until February 25, 2008 to file its responsive pleadings to Plaintiff's Complaint filed on January 11, 2008.

Counsel for Defendants have conferred with Plaintiff's Counsel and Plaintiff's Counsel does not oppose this motion.

A proposed Order for the convenience of the Court is attached hereto.

Respectfully submitted,

/s/ William E. Bradley

William E. Bradley
(DC Bar# 463695)

Cahn & Samuels, LLP
1100 17th Street, NW, Suite 401
Washington, D.C. 20036-4650
(202)331-8777

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROADCAST MUSIC, INC., et al. | ) |
| | ) |
| (Plaintiff) | ) |
| v. | ) CA No. 1:08CV00040 (JDB) |
| | ) |
| HUNAM INN, INC., d/b/a | ) |
| COBALT/30DEGREES | ) |
| and DONALD ERIC LITTLE | ) |
| Individually, | ) |
| | ) |
| (Defendant) | ) |

**ORDER**

Upon consideration of the Unopposed Motion of Extension for Defendants to Answer or Otherwise Plead, it is hereby

ORDERED this day that Defendants are granted until February 25, 2008 to file their responsive pleadings to Plaintiff's Complaint.

ENTERED this _____ Day of February, 2008.

_____
John D. Bates
United States District Judge