CO-386-online
10/03

# United States District Court
# For the District of Columbia

BROAKCAST MUSIC, INC., et al.  )
)
)
)
vs   Plaintiff  )   Civil Action No. 1:08cv00040(JDB)
)
HUNAM INN, INC., d/b/a COBALT/30  )
DEGREES and DONALD ERIC LITTLE  )
)
Defendant  )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Hunam Inn, Inc., d/b/a Cobalt/30 Degrees,__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _____ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_W. E. Bradley_
Signature

463695
BAR IDENTIFICATION NO.

William E. Bradley
Print Name

1100 17th Street NW Suite 401
Address

Washington DC    20036-4650
City    State    Zip Code

202-331-8777
Phone Number