IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROADCAST MUSIC, INC., *et al*, ) | |
| (Plaintiffs) ) | |
| v.  ) | CA No. 1:08CV00040 (JDB) |
|  ) | **JURY DEMANDED** |
| HUNAM INN, INC., d/b/a COBALT/ ) | |
| 30 DEGREES and DONALD ERIC LITTLE, ) | |
| Individually, ) | |
| (Defendants) ) | |

## ANSWER

Defendant Hunam Inn., d/b/a Cobalt/30 Degrees and Donald Eric Little, individually, (hereinafter "Hunam" or "Defendants") for it's answer to the complaint of Broadcast Music, Inc., et al. hereinafter "Plaintiff"), states as follows;

### JURISDICTION AND VENUE

1. Defendants admit that the action sounds in copyright infringement under Title 17 of the United States Code, but deny the validity and basis for same. Defendants admit that this Court has jurisdiction over the matters averred, but deny the validity and basis for such averments

2. Defendants admit that venue is proper in this judicial district over the matters averred, but deny the validity and basis for such averments.

### THE PARTIES

3. Defendants are without sufficient knowledge or information to form a belief as to the allegations of paragraph 3, leaving Plaintiff to its proofs and is, therefore, denied.

4. Defendants are without sufficient knowledge or information to form a belief as to the allegations of paragraph 4, leaving Plaintiff to its proofs and is, therefore, denied.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

## CLAIMS OF COPYRIGHT INFRINGEMENT

10. Unless otherwise admitted in respect to the preceding paragraphs 1-9, Defendants deny the allegations of paragraph 10 as set forth above.

11. Defendants deny that they have infringed any copyrights or otherwise were responsible for any unauthorized public performance of musical compositions from the BMI repertoire. Defendants are without sufficient knowledge or information to form a belief as to the remaining allegations of paragraph 11, leaving Plaintiff to its proofs and is, therefore, denied.

12. Defendants deny that they have infringed any copyrights as alleged in this paragraph. Defendants are without sufficient knowledge or information to form a belief as to the remaining allegations of paragraph 12, leaving Plaintiff to its proofs and is, therefore, denied.

13. Defendants are without sufficient knowledge or information to form a belief as to the allegations of paragraph 13, leaving Plaintiff to its proofs and is, therefore, denied.

14. Defendants are without sufficient knowledge or information to form a belief as to the allegations of paragraph 14, leaving Plaintiff to its proofs and is, therefore, denied.

15. Defendants are without sufficient knowledge or information to form a belief as to the allegations of paragraph 15, leaving Plaintiff to its proofs and is, therefore, denied.

16. Denied.

17. Denied.

## AFFIRMATIVE DEFENSE - LICENSE

18. Defendants, as their affirmative defense to the Complaint of Plaintiff, states that Defendants were operating under a license when the alleged acts of infringement occurred.

19. Hunam Inn d/b/a Cobalt/30 Degrees is a commercial customer of DMX, Inc.

20. As part of the service agreement between DMX, Inc. and its commercial customers is the agreement that "DMX pays all copyright license fees for the music DMX furnishes to its commercial service subscribers."

21. The licenses secured by DMX, Inc. on behalf of its subscribers, include Reproduction of Sound Recording ("master right"), Reproduction of Musical Composition ("mechanical right"), and Performance of Musical Composition ("performance right").

22. For the eleven works and times listed by Plaintiff in its Complaint as being acts of infringement, the content allegedly being publically performed by Hunam was provided exclusively by DMX, Inc. as part of the commercial customer agreement with Hunam.

23. Upon information and belief, DMX, Inc. is responsible for licensing the material it provides through its service and the licenses inure, cover, or are transferable to the

commercial subscribers of DMX, Inc. that publically perform the content provided by DMX, Inc.'s music service.

24. Defendants are not liable for the claims made by Plaintiff due to the licensing of the content by DMX, Inc. on behalf of its commercial customers, including Defendants.

## JURY DEMAND

25. Defendants demand a jury for all issues triable by right to a jury.

        Hunam Inn., d/b/a Cobalt/30 Degrees and Donald Eric Little, Individually

        Respectfully submitted,

By:     /s/ William E. Bradley

        William E. Bradley
        (DC Bar# 463695)
        Cahn & Samuels, LLP
        1100 17th Street, NW, Suite 401
        Washington, D.C. 20036-4650
        (202)331-8777

        Attorney for Defendants