UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BROADCAST MUSIC, INC., et al.,

    Plaintiffs,

    v.

HUNAM INN, INC., d/b/a COBALT/30 DEGREES, et al.,

    Defendants.

Civil Action No. 08-040 (JDB)

## INITIAL SCHEDULING ORDER

Pursuant to the conference with the Court on April, 14, 2008, and the Joint Rule 16.3 Report, it is hereby **ORDERED** as follows:

1. This matter shall be referred to Magistrate Judge Alan Kay for the sole purpose of the facilitation of settlement discussions for a period of not more than sixty (60) days.

2. Motions to amend pleadings or to add additional parties shall be filed by not later than May 14, 2008.

3. Required disclosures under Fed. R. Civ. P. 26(a)(1) shall be completed by May 14, 2008.

4. Expert witness reports and information shall be exchanged pursuant to the requirements of Federal Rule of Civil Procedure 26(a)(2) by not later than August 1, 2008.

5. All discovery shall be completed by September 15, 2008. The parties shall be

bound by the limits on discovery set forth in the Federal Rules of Civil Procedure, except that defendants may take an extra five depositions without having to obtain leave of Court.

6. Dispositive motions shall be filed by not later than October 15, 2008. Any oppositions shall be filed by not later than November 14, 2008, and any replies shall be filed by not later than December 1, 2008.

7. A status conference shall be held on September 18, 2008, at 9:00 am.

**SO ORDERED**.

                                               /s/ John D. Bates
                                             JOHN D. BATES
                                        United States District Judge

Dated: April 14, 2008