REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)                CATEGORY: TYPE

| CAUSE OF ACTION: | 17:101 Copyright Infringement | | |
|---|---|---|---|
| CASE NO: 08-40 | DATE REFERRED: 04/14/08 | JUDGE: JOHN D. BATES | MAG. JUDGE ALAN KAY |
| | DISPOSITION DATE: | PURPOSE: SETTLEMENT DISCUSSIONS (60 DAYS) | |
| PLAINTIFF(S): BROADCAST MUSIC, INC., ET AL | | DEFENDANT(S): HUNAM INN, INC., ET AL | |
| ENTRIES: | | | |